447 F.2d 148
 UNITED STATES of America, Plaintiff-Appellee,
v.
Tyrone Power TOWNSEND, Defendant-Appellant.
 No. 71-1899 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 September 10, 1971.
 
 Appeal from the United States District Court for the Northern District of Georgia; Newell Edenfield, Judge.
 Joe Salem, Atlanta, Ga., for defendant-appellant.
 John W. Stokes, U. S. Atty., Allen L. Chancey, Jr., Asst. U. S. Atty., Altanta, Ga., for plaintiff-appellee.
 Before COLEMAN, SIMPSON, and MORGAN, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966